UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON CHRISTOPHER BARNES,<br><br>Plaintiff,<br>v.<br><br>JAMES KEY,<br><br>Defendant. | CASE NO. 3:21-cv-05777-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura.  (Dkt. No. 16.)  Plaintiff has not objected to Judge Creatura's R&R.

Accordingly, the Court, having reviewed the R&R of the Honorable J. Richard Creatura, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the report and recommendation.

(2) Petitioner's federal habeas petition is DENIED.

(3) A certificate of appealability is DENIED.

(4) The Clerk is directed to close this case and send a copy of this Order to petitioner and Judge Creatura.

Dated this 23rd day of February, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2